**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES



# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

December 28, 2015

Eric Garza
District Clerk
974 East Harrsion Street
Brownsville, TX 78520

      RE:    John Allen Rubio
              Trial Court Number 03-CR-457-B

Dear Mr. Garza,

     I am in receipt of the record in the above referenced cause. The record contains 10 volumes that are stapled in the upper left hand corner. The cover page of the first volume does not indicate how many volumes are contained in the record. Each subsequent volume does not contain the required cover page or designated volume number.

     According to our records, on December 16, 2015, this Court issued an order for the trial court to resolve the issues presented in the writ within 90 days. The due date is March 27, 2016. The record, received today, does not have any information indicating that the trial court has complied with this Court's order nor does it contain an order from the trail court directing the district clerk to forward the record to this Court.

     I am herewith returning the record so that it can be properly prepared in accordance with the rules and forwarded after the district clerk is directed to do so by the 138th District Court.

     Please call if you have any questions.

                Sincerely,

                Abel Acosta
                Clerk